## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**GREGORY ANTHONY MALONE**                                                                                  **PLAINTIFF**

**v.**                                                                                                               **No. 3:24CV312-JMV**

**SUPERINTENDENT CHRIS LODEN, ET AL.**                                                        **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is

**DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting

as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 1st day of April, 2026.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE
